UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD TRUESDELL, | ) | 3:10-CV-0453-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 11, 2011 |
| | ) | |
| WILLIAM DONAT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 16, 2010, plaintiff filed a motion for stay of proceedings (#26) pending a determination by the Ninth Circuit Court of Appeals of plaintiff's petition for extraordinary relief regarding the disqualification of Mr. Dickerson as counsel for plaintiff.  Defendants filed a notice of non-opposition to the motion (#27).  On February 7, 2011, the United States Court of Appeals for the Ninth Circuit denied plaintiff's petition (#28).  Therefore,

**IT IS ORDERED** that plaintiff's motion for stay of proceedings (#26) is **GRANTED** *nunc pro tunc*.  Because the Ninth Circuit has ruled on plaintiff's petition, the stay is now lifted.  The motion for stay was pending for a total of fifty-four days; therefore, the scheduling order will be extended by fifty-four days as follows:

Discovery shall be completed no later than **Monday, March 21, 2011**
Dispositive motions shall be filed no later than **Wednesday, April 20, 2011**
The joint pretrial order shall be filed no later than **Friday, May 20, 2011**, or 30 days after the decision of any pending dispositive motions.

**There shall be no further extensions of time.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
Deputy Clerk