# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD TRUESDELL, | ) | 3:10-CV-0453-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 28, 2011 |
| | ) | |
| WILLIAM DONAT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for stay of proceedings (#32) is **GRANTED**.  A status conference will be set for a date after the Early Neutral Evaluation to determine how this case will proceed.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                              By:          /s/
                                        Deputy Clerk